JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REUBEN HARPER IV,**<br><br>                              Plaintiff,<br><br>       **v.**<br><br>**HAROLD GARCIA AND DOES 1 THROUGH 10, INCLUSIVE,**<br><br>                              Defendants. | Case No.:   SACV14-00098 CJC (DFMx)<br><br>**JUDGMENT** |

In the courtroom of U.S.D.C. Judge Cormac J. Carney, commencing March 21, 2017, the above-entitled cause was tried before a jury of eight individuals. After the cause was submitted on March 22, 2017, the jury rendered a verdict (attached) in favor of defendant, Harold Garcia and against plaintiff Reuben Harper IV on all claims submitted.

Therefore, the court now orders that plaintiff Reuben Harper IV recover nothing, the action be dismissed on the merits, and defendant Harold Garcia, as the prevailing party pursuant to Fed. R. Civ. P. 54(d)(1), recover his costs of suit from plaintiff Reuben Harper IV. Defendant may file a cost bill, and any motion pursuant

to 42 U.S. C. section 1988 seeking attorneys' fees in defense of the constitutional claims brought under 42 U.S.C. section 1983 against him by plaintiff Reuben Harper IV, pursuant to Fed. R. Civ. P. 54(d)(2). within fourteen days of entry of this judgment.

IT IS SO ORDERED AND ADJUDGED.


Dated:   March 27, 2017   .


The Hon. Cormac J. Carney, Judge Presiding